```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MINNESOTA
                08-CV-4619(JMR/JJK)
```

Miranda Stephenson            )
                              )
v.                            )                ORDER
                              )
Information Providers, Inc.   )

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated May 7, 2010.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Collective Action Certification under 29 U.S.C. § 216(b), is **GRANTED**.

Dated: May 27, 2010

                          s/James M. Rosenbaum
                          JAMES M. ROSENBAUM
                          United States District Judge